# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF SOUTH CAROLINA

## COLUMBIA DIVISION

| | | |
|---|---|---|
| Christopher Cathey, | ) | Civil Action No.  3:13-343-CMC |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ANSWERS OF DEFENDANT ACCOUNT** |
| Account Control Technology, Inc.; and | ) | **CONTROL TECHNOLOGY, INC.** |
| DOES 1-10, inclusive, | ) | **TO LOCAL RULE 26.01** |
| | ) | **INTERROGATORIES** |
| Defendants. | | |

Defendant Account Control Technology, Inc. (hereinafter referred to as "ACT"), by and through its undersigned counsel, hereby submits its Answers to the Local Civil Rule 26.01 Interrogatories:

**(A)    State the full name, address and telephone number of all persons or legal entities who may have a subrogation interest in each claim and state the basis and extent of said interest.**

RESPONSE:  ACT is not aware of any such subrogation interests at this time.

**(B)    As to each claim, state whether it should be tried jury or non-jury and why.**

RESPONSE:  Plaintiff has requested a jury trial on each of his claims.

**(C)    State whether the party submitting these responses is a publicly owned company and separately identify: (1) each publicly owned company of which it is a parent, subsidiary, partner, or affiliate; (2) each publicly owned company which owns a 10% or more of the outstanding shares or other indicia of ownership of the party; and (3) each publicly owned company in which the party owns 10% or more of the outstanding shares.**

RESPONSE:   ACT is a private, family owned company.

**(D)      State the basis for asserting the claim in the division it was filed (or the basis of any challenge to the appropriateness of the division).**

RESPONSE:   ACT does not challenge the division in which this case was filed.

**(E)      Is this action related in whole or in part to any other matter filed in this District, whether civil or criminal?  If so, provide: (1) a short caption and the full case number of the related action; (2) an explanation of how the matters are related; (3) a statement of the status of the related action.**

RESPONSE:   ACT is unaware of any related matters filed in this District.

**(F)      If the defendant is improperly identified, give the proper identification and state whether counsel will accept service of an amended summons and pleading reflecting the correct identification.**

RESPONSE:   ACT is properly identified in the Complaint.

**(G)      If you contend that some other person or legal entity is, in whole or in part, liable to you or the party asserting a claim against you in this matter, identify such person or entity and describe the basis of said liability.**

RESPONSE:   At this time, ACT does not contend that some other person or legal entity is liable in whole or in part to it or Plaintiff

Respectfully submitted,

s/Krista M. McGuire
Krista M. McGuire (Fed. ID No. 9337)
Email:  kristamcguire@parkerpoe.com
PARKER POE ADAMS & BERNSTEIN LLP
200 Meeting Street, Suite 301
Charleston, SC 29401
Phone: 843-727-2650
Fax: 843-727-2680

ATTORNEY FOR DEFENDANT
ACCOUNT CONTROL TECHNOLOGY, INC.

April 2, 2013
Charleston, South Carolina